# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00010-CR
### NO. 03-05-00011-CR

**Ex parte Antione Whittman**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NOS. 04-1090-C277 & 04-1091-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's motion to dismiss these appeals is granted. *See* Tex. R. App. P. 42.2(a).

The appeals are dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed:   February 22, 2005

Do Not Publish